AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ALBERT BROWN

Phil MORGAN, DAVE William Plaintiff %o ROMANOWSKI
MARK EMIG, LT. William c/o MITCHEIE
CARL C. DANBERG, %o HACKETT V. DAVE BAMFORD
CaRoL JEFFERSON, %o K.HASTINGS Philip PARKER
Doug ROGERS                          BAlWANT Singh
                    Defendant(s)   %o Smith
                                   BRIAN BERggrum

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER:

I, ALbERT BROWN _____ declare that I am the (check appropriate box)

• ✓ Petitioner/Plaintiff/Movant        • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?   • ✓ Yes   • • No   (If "No" go to Question 2)

    If "YES" state the place of your incarceration  Howard R Young Correction institution

    **Inmate Identification Number (Required):** 483775

    Are you employed at the institution? NO   Do you receive any payment from the institution? _____

    *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2.  Are you currently employed?   • • Yes   • ✓ No

    a.  If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.  If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • ✓ No |
    | b. | Rent payments, interest or dividends | • • Yes | • ✓ No |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • ✓ No |
    | d. | Disability or workers compensation payments | • • Yes | • ✓ No |
    | e. | Gifts or inheritances | • • Yes | • ✓ No |
    | f. | Any other sources | • • Yes | • ✓ No |

    If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.      Do you have any cash or checking or savings accounts?          • • Yes        ✓ No

        If "Yes" state the total amount $_____

5.      Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
        valuable property?
                                                                        • • Yes        ✓ No

        If "Yes" describe the property and state its value.

6.      List the persons who are dependent on you for support, state your relationship to each person and
        indicate how much you contribute to their support, OR state NONE if applicable.  NONE

        I declare under penalty of perjury that the above information is true and correct.

_JULY 17, 2008_                    _Albert Brown_____
        DATE                                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

RESIDENT HISTORY REPORT                                              Page 1 of 1

HRYCI
04/22/08 15:13
ST 006 / OPR JNM



```
SBI             :   483775
Resident Name   :   BROWN, ALBERT J
Time Frame      :   10/22/2007 18:58 - 04/22/2008 15:13
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/30/2007 | 18:58 | Reopen | 5 | SMJ | E25689 | 549.32 | 549.32 |
| 12/03/2007 | 07:55 | Order | 2 | AFC | B195056 | 58.88 | 490.44 |
| 12/10/2007 | 09:18 | Order | 2 | AFC | B196058 | 47.80 | 442.64 |
| 12/10/2007 | 11:48 | Rec Payment | 6 | JNM | F33718 | 0.75 | 441.89 |
| 12/13/2007 | 13:56 | Rec Payment | 7 | SJW | G13542 | 6.00 | 435.89 |
| 12/17/2007 | 07:26 | Order | 2 | AFC | B196925 | 60.13 | 375.76 |
| 12/24/2007 | 08:05 | Order | 2 | DDT | B197937 | 57.62 | 318.14 |
| 12/31/2007 | 07:22 | Order | 2 | DDT | B198814 | 59.67 | 258.47 |
| 01/07/2008 | 07:46 | Order | 2 | DDT | B199805 | 64.90 | 193.57 |
| 01/10/2008 | 12:51 | Rec Payment | 6 | JNM | F34358 | 1.00 | 192.57 |
| 01/10/2008 | 13:01 | Rec Payment | 6 | JNM | F34366 | 1.00 | 191.57 |
| 01/14/2008 | 09:03 | Order | 2 | DDT | B200827 | 56.97 | 134.60 |
| 01/22/2008 | 15:30 | Rec Payment | 7 | SJW | G13928 | 8.50 | 126.10 |
| 01/22/2008 | 15:31 | Rec Payment | 7 | SJW | G13929 | 17.50 | 108.60 |
| 01/22/2008 | 15:41 | Rec Payment | 7 | SJW | G13935 | 0.25 | 108.35 |
| 01/24/2008 | 13:18 | Rec Payment | 6 | JNM | F34947 | 1.65 | 106.70 |
| 01/24/2008 | 13:54 | Rec Payment | 6 | JNM | F34961 | 1.65 | 105.05 |
| 01/25/2008 | 15:43 | Rec Payment | 7 | SJW | G14012 | 2.25 | 102.80 |
| 02/04/2008 | 08:20 | Order | 2 | AFC | B203510 | 62.09 | 40.71 |
| 02/05/2008 | 14:08 | Order | 11 | AFC | K7221 | 0.50 | 40.21 |
| 02/05/2008 | 14:11 | Credit | 11 | AFC | K7222 | 0.50 | 40.71 |
| 02/11/2008 | 08:44 | Order | 2 | DDT | B204426 | 11.35 | 29.36 |
| 02/18/2008 | 07:37 | Order | 2 | DDT | B205376 | 26.77 | 2.59 |
| 02/20/2008 | 15:46 | Rec Payment | 7 | SJW | G14417 | 1.50 | 1.09 |
| 02/29/2008 | 13:55 | Rec Payment | 10 | bsp | J12707 | 0.50 | 0.59 |
| 03/24/2008 | 08:55 | Order | 2 | DDT | B210269 | 0.59 | 0.00 |